## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY DESTEFANO,<br><br>  *Plaintiff,*<br><br>vs.<br><br>NEW JERSEY SMALL BUSINESS DEVELOPMENT CENTER AT RUTGERS UNIVERSITY, A CONSTITUENT UNIT OF RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY; RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY; ROBERT PALUMBO, AND KELLY BROZYNA,<br><br>  *Defendants.* | Civil Action No.  3-22-cv-01964-GC-DEA |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys that this matter having been resolved by and between the parties, all claims filed in the above-entitled action as to all parties are hereby dismissed in their entirety with prejudice and without costs.

**KOBER LAW, LLC**
*Attorneys for Plaintiff, Anthony DeStefano*

By: _____
    Peter Kober, Esq.

Dated: 6/5/2024

RUT029-00822-228783179 v4

**ARCHER & GREINER, P.C.**
*Attorneys for Defendants, Rutgers, The State University of New, Robert Palumbo, and Kelly Brozyna*

By: _____ /s/ Daniel J. DeFiglio _____
    Daniel J. DeFiglio, Esq.

Dated:  7/5/2024